NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STOXDOX, INC.,**
*Appellant*

**v.**

**STOXX LTD.,**
*Appellee*

---

2025-1267

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 91272514.

---

**O R D E R**

The appellant having failed to file the required Entry of Appearance form by an attorney admitted to the bar of this court it is

2             STOXDOX, INC. V. STOXX LTD.

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

<u>May 13, 2025</u>
Date

Jarrett B. Perlow
Clerk of Court